IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADM INTERMARE – A Division of ADM International SARL,<br><br>            Petitioner,<br><br>   v.<br><br>GLOBAL AMERICAN TRANSPORT LLC,<br><br>            Respondent. | C. A. No. 25-1195-MN |

**PETITIONER'S MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST RESPONDENT PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 55**

Pursuant to Federal Rule of Civil Procedure 55(b)(1), petitioner, ADM Intermare – A Division of ADM International SARL (*"Petitioner"*), by and through its undersigned counsel, hereby respectfully moves for entry of a default judgment against respondent, Global American Transport LLC (*"Respondent"*), as to Petitioner's claim seeking confirmation of and judgment regarding a February 26, 2025 Final Arbitration Award issued in a London arbitration proceeding (the "*Arbitration Award*") pursuant to 9 U.S.C. § 207.  Per the Arbitration Award, Petitioner was awarded $283,738.08 and £10,828.89 plus accruable interest until payment is made in full.

Petitioner attaches hereto an Affidavit of its counsel showing: (i) Respondent has failed to plead or otherwise defend in response to service of Petitioner's petition; (ii) on February 3, 2026, the clerk of the Court issued an entry of default pursuant to Federal Rule of Civil Procedure 55(a); and (iii) the entry of default has been served on Respondent.  As Respondent is in default and as the amount due Petitioner is for a sum certain or a sum that be made certain by computation, Petitioner respectfully requests entry of the proposed Order attached hereto confirming the Arbitration Award and entering a judgment in conformity with the award.

        FAEGRE DRINKER
        BIDDLE & REATH LLP

        <u>/s/ *Todd C. Schiltz*</u>
        Todd C. Schiltz (#3253)
        Dami E. Omotunde (#7246)
        222 Delaware Avenue, Suite 1410
        Wilmington, DE  19801
        (302) 467-4200
        todd.schiltz@faegredrinker.com
        dami.omotunde@faegredrinker.com

        *Counsel for Petitioner ADM Intermare* – A
        Division of ADM International SARL

Dated:  February 12, 2026