IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADM INTERMARE – A Division of ADM International SARL,<br><br>Petitioner,<br><br>v.<br><br>GLOBAL AMERICAN TRANSPORT LLC,<br><br>Respondent. | )<br>)<br>)<br>) C. A. No. 25-1195-MN<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**[PROPOSED] ORDER ENTERING DEFAULT JUDGMENT**

Upon petitioner, ADM Intermare – A Division of ADM International SARL's (*"Petitioner"*), Motion for Entry of Default Judgment (*"Motion"*) against respondent, Global American Transport LLC (*"Respondent"*), and after finding sufficient basis for granting the Motion,

IT IS HEREBY ORDERED that pursuant to 9 U.S.C. § 207 the Final Arbitration Award issued on February 26, 2025 in a London arbitration proceeding is confirmed in all respects as a final, binding adjudication of all issues in the arbitration and that judgment be entered in conformity with the Final Arbitration Award as follows: Respondent is ordered to pay Petitioner the amount of $283,738.08 and £10,828.89 plus accruable interest on each until payment is made in full as per the terms of the Final Arbitration Award.

IT IS SO ORDERED this _____ day of _____, 2026.

_____