IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ADM INTERMARE – A Division of ADM International SARL, <br><br> Petitioner, <br><br> v. <br><br> GLOBAL AMERICAN TRANSPORT LLC, <br><br> Respondent. | ) <br> ) <br> ) <br> ) C. A. No. 25-1195-MN <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**AFFIDAVIT OF TODD C. SCHILTZ, ESQUIRE IN
SUPPORT OF MOTION FOR ENTRY OF DEFAULT JUDGMENT**

STATE OF DELAWARE        :
                                          :    ss
COUNTY OF NEW CASTLE  :

I, Todd C. Schiltz, of sound age and mind, being duly sworn according to law, depose and say:

1. I am a partner at the law firm of Faegre Drinker Biddle & Reath LLP, attorneys for ADM Intermare – A Division of ADM International SARL (*"Petitioner"*) in the above-captioned matter.

2. I submit this Affidavit in connection with and in support of Petitioner's Motion for Entry of Default Judgment Against Respondent Pursuant to Federal Rule of Civil Procedure 55.

3. On September 25, 2025, Petitioner filed a *Petition and Motion to Confirm a Final Foreign Arbitration Award* (the *"Petition"*) against respondent, Global American Transport LLC (*"Respondent"*), as well as an *Opening Brief* in support of that Petition. (Dkt. Nos. 1 and 3).

4. Petitioner incorporates by reference the facts set forth in the Petition and summarize those facts herein. (See Dkt. No. 1) In sum, the Petition alleges that Petitioner and Respondent

entered into a contract whereby Respondent sublet a vessel from Petitioner and agreed to pay bunkers/fuel charges related to the vessel for eight months. Respondent failed to pay Petitioner hire payments due under the contract and failed to pay a third-party for bunkers/fuel for the vessel, forcing Petitioner to make such payment or risk having the vessel impounded. An arbitration regarding Respondent's breaches was held in London and on February 26, 2025, a final arbitration award (the *"Arbitration Award"*) was entered holding that Respondent must pay Petitioner $283,738.08 and £10,828.89 plus accruing interest. Respondent has not paid the Arbitration Award. Petitioner filed this lawsuit seeking confirmation of the Arbitration Award pursuant to 9 U.S.C. § 207, and entry of judgment in accordance with the award.

5. Respondent is a Delaware limited liability company and its registered agent, Harvard Business Services, Inc. maintains an office at 16192 Coastal Hwy, Lewes, Delaware 19958.

6. On September 29, 2025, copies of the Summons and Petition were served on Respondent at 16192 Coastal Hwy, Lewes, Delaware 19958. (Dkt. No. 7).

7. Respondent's deadline to file an answer or other response to the Petition was October 20, 2025 (the *"Response Deadline"*).

8. The Response Deadline has not been extended.

9. The Response Deadline has lapsed, and no answer, motion, or other response has been received from or filed by Respondent.

10. On November 14, 2025, Petitioner filed a Request for Default pursuant to Federal Rule of Civil Procedure 55(a), and on February 3, 2026, the clerk of the Court filed an entry of default. (Dkt. Nos. 11 and 14).

11. As Petitioner's claim is "for a sum certain or a sum that can be made certain by computation," i.e., the amount awarded in the Arbitration Award plus interest calculated in accordance therewith, Petitioner now seeks entry of default judgment pursuant to Rule 55(b)(1) against Respondent.

12. Respondent, an incorporated entity, is not an infant, incompetent, or in the military service of the United States of America.

13. A true and correct copy of Petitioner's *Motion for Entry Of Default Judgment* is being served upon Respondent at its last known address simultaneously with its filing with the Court.

I declare under penalty of perjury that the foregoing is true and correct.

_____
Todd C. Schiltz, Esq. (I.D. No. 3253)
Faegre Drinker Biddle & Reath LLP
222 Delaware Avenue, Suite 1410
Wilmington, DE 19801
(302) 467-4200
todd.schiltz@faegredrinker.com

*Counsel for Petitioner ADM Intermare – A Division of ADM International SARL*

SWORN TO AND SUBSCRIBED TO before me on this 12th day of February, 2026.

_____
Notary Public

My Commission Expires: 1.11.2027