IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| ADM INTERMARE – A Division of ADM International SARL, | ) ) ) | |
| Petitioner, | ) ) | |
| v. | ) ) | C.A. No. 25-1195 (MN) |
| GLOBAL AMERICAN TRANSPORT LLC, | ) ) | |
| Respondent. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

At Wilmington, this 22nd day of July 2026:

WHEREAS, on July 1, 2026, Magistrate Judge Tennyson issued a Report and Recommendation ("the Report") (D.I. 22) in this action recommending that the Court grant the Petition and Motion to Confirm a Final Foreign Arbitration Award (D.I. 1) and grant Petitioner's Motion for Entry of Default Judgment Against Respondent Pursuant to Federal Rule of Civil Procedure 55 (D.I. 16); and

WHEREAS, no party filed objections to the Report pursuant to 72(b)(2) of the Federal Rules of Civil Procedure in the prescribed period, and the Court finding no clear error on the face of the record;

THEREFORE, IT IS HEREBY ORDERED that:

1.    The Report and Recommendation (D.I. 22) is ADOPTED.

2.    The Petition and Motion to Confirm a Final Foreign Arbitration Award (D.I. 1) is GRANTED.

3.     Petitioner's Motion for Entry of Default Judgment Against Respondent Pursuant to Federal Rule of Civil Procedure 55 (D.I. 16) is GRANTED.  Judgment shall be entered in favor of Petitioner as set forth in the Report and Recommendation.  (D.I. 22 at 9).

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order, Petitioner shall submit a proposed Default Judgment consistent with the Report and Recommendation.

IT IS FINALLY ORDERED that Petitioner shall serve a copy of this Order and the proposed Default Judgment on Respondent and shall file an Affidavit of Service evidencing such.

The Honorable Maryellen Noreika
United States District Judge

2