

faegredrinker.com

**Todd C. Schiltz**
Partner
todd.schiltz@faegredrinker.com
+1 302 467 4225 direct

**Faegre Drinker Biddle & Reath** LLP
222 Delaware Avenue, Suite 1410
Wilmington, Delaware  19801
+1 302 467 4200 main
+1 302 467 4201 fax

July 24, 2026

<u>**Via Electronic Filing and Hand Delivery**</u>
The Honorable Maryellen Noreika
United States District Court
J. Caleb Boggs Federal Building
844 North King Street
Wilmington, Delaware 19801

      RE:    ***ADM Intermare v. Global American Transport LLC*;**
               **Case No. 25-cv-1195-MN-EGT**

Dear Judge Noreika:

I write on behalf of Plaintiff ADM Intermare ("Plaintiff") in the above captioned action. Pursuant to the Order Adopting Report and Recommendation Your Honor issued on July 22, 2026, enclosed is a proposed form of Default Judgment for this case. The Order Adopting Report and Recommendation and the attached proposed Default Judgment were served on respondent Global American Transport LLC on July 23, 2026.

DMS_US.378622113.1

The Honorable Maryellen Noreika
July 24, 2026
Page 2 of 2

If Your Honor should have any questions, counsel is available at the

Court's convenience.

Respectfully,

*/s/ Todd C. Schiltz*

Todd C. Schiltz (#3253)

TCS/twd
Enclosure
cc:    Global American Transport LLC (via first class mail)
       c/o Harvard Business Services, Inc., Registered Agent
       16192 Coastal Highway
       Lewes, DE  19958

DMS_US.378622113.1